Same case below, 600 F.3d 263.

Same case below, 603 F.3d 1127.

**No. 10-5110. David Wright, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 242, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6377.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 362 Fed. Appx. 347.

**No. 10-5116. Ronald Wayne Cady, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

562 U.S. 904, 131 S. Ct. 243, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6290,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-5111. Jorge Vasquez, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 243, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 5981.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 371 Fed. Appx. 541.

**No. 10-5117. Jean Marc Desmarat, Petitioner v. Dale Artus, Superintendent, Clinton Correctional Facility.**

562 U.S. 904, 131 S. Ct. 243, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6200.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-5112. Stephen C. Walker, Petitioner v. Constance Reese, et al.**

562 U.S. 904, 131 S. Ct. 243, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6611.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 364 Fed. Appx. 872.

**No. 10-5118. Jack Willie Dotson, Petitioner v. Texas.**

562 U.S. 904, 131 S. Ct. 244, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6347.

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Texas, Ninth District, denied.

**No. 10-5114. Johnny Paul Collins, Petitioner v. D. L. Runnels, Warden, et al.**

562 U.S. 904, 131 S. Ct. 243, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6242.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-5120. Jimmie Dorsey, Petitioner v. United States.**

562 U.S. 904, 131 S. Ct. 244, 178 L. Ed. 2d 162, 2010 U.S. LEXIS 6309.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.